EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CECILIO GUIBAS RIVERA, acusado y apelante.

*Número:* CR-65-194          *Resuelto:* 31 de enero de 1966

94

*Benjamín Ortiz,* abogado del apelante; *J. B. Fernández Badillo, Procurador General,* y *J. F. Rodríguez Rivera, Procurador General Auxiliar,* abogados de El Pueblo.

—O—

Voto disidente del Juez Presidente Señor Negrón Fernández

San Juan, Puerto Rico, a 31 de enero de 1966

Disiento en cuanto a la modificación de la sentencia por considerar que de acuerdo con los hechos de este caso no está justificada dicha modificación cambiando la sentencia de 10 días de cárcel a cien dólares ($100.00) de multa y por consi-

derar, además, que la intervención de este Tribunal modificando las penas impuestas por los jueces sentenciadores en casos como el presente, crea un estado de inseguridad e incertidumbre en los magistrados del Tribunal Superior en cuanto a la procedencia y corrección de la imposición por ellos de penas que no sean de multa, o de penas que no sean el mínimo de la multa, lo cual considero detrimental al proceso judicial y a las reiteradas normas de no intervención con la discreción del tribunal sentenciador en la imposición de penas, salvo en casos extraordinarios; y además, porque se da una impresión equivocada de laxitud por parte de este Tribunal con relación al problema que representa para la seguridad pública en nuestras carreteras personas conduciendo automóviles en estado de embriaguez.